## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| **JOHNOTHAN FIELDS #74421,** Plaintiff | **CIVIL DOCKET NO. 1:21-CV-00195-P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **SHERIFF'S OFFICE AVOYELLES PARISH, Defendant** | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

### J U D G M E N T

For the reasons contained in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [ECF No. 14], noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law,

IT IS HEREBY ORDERED that Plaintiff's Complaint [ECF No. 1] and all amendments and claims contained in Plaintiff's letters are DENIED and DISMISSED WITH PREJUDICE under §§ 1915 and 1915A, except the excessive force claim contained in Plaintiff's Amended Complaint, which is STAYED pending resolution of the state criminal charges. [ECF No. 13].

IT IS FURTHER ORDERED that Plaintiff is to notify the Court upon resolution of his pending criminal charges, including the nature of their disposition.

THUS DONE AND SIGNED in Chambers on this 9th day of June 2021.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE